UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ERIC GARCIA, :
:
                      Plaintiff, :         19-CV-8167 (JMF)
:
       -v-                                  :         <u>ORDER</u>
:
CITY OF NEW YORK et al., :
:
                      Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On October 2, 2019, the Court requested that Defendant City of New York waive service of summons on behalf of Defendant Washington. ECF No. 8, at 3. On October 24, 2019, the City indicated that it could not do so because it needed more information to identify Defendant Washington. ECF No. 14. On November 20, 2019, however, the City identified Defendant Washington. ECF No. 17. In response, the Court again requested that the City waive service on his behalf. ECF No. 18. The Court has received no response.

       Accordingly, the City shall indicate whether it will waive service on behalf of Defendant Washington by **January 14, 2020**.

       The Court directs the Clerk of Court to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: January 10, 2020
       New York, New York                                JESSE M. FURMAN
                                                          United States District Judge