

**JAMES E. JOHNSON**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES R. MURRAY**
*Assistant Corporation Counsel*
Phone: (212) 356-2372
Fax: (212) 356-3509
jamurray@law.nyc.gov

March 26, 2020

**VIA ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Garcia v. City of New York, *et al*., 19-CV-8167 (LJL)

Your Honor:

I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York (hereinafter "Corporation Counsel"), and the attorney for Defendants City of New York, Deputy Warden Tanisha Mills, and Correction Officer Washington in the above-referenced matter. The undersigned writes to respectfully request, *sua sponte*, that the Court stay this matter for 90 days, until June 24, 2020, due to the ongoing public health emergency. If granted, the deadlines would be extended as depicted below. This is Defendants' first request for a stay of discovery and it is made without Plaintiff's consent, as Plaintiff is currently incarcerated and could not be expeditiously contacted.

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Deadline to file motion to amend or to join additional parties | April 6, 2020 | July 6, 2020 |
| Deadline to serve initial disclosures | March 20, 2020 | June 18, 2020 |
| Close of fact discovery | July 6, 2020 | October 5, 2020 |
| Deadline to serve initial requests for production of documents | April 20, 2020 | July 20, 2020 |
| Deadline to serve interrogatories pursuant to Rule 33.3(a) | April 20, 2020 | July 20, 2020 |
| Deadline to complete depositions | July 6, 2020 | October 5, 2020 |

| Deadline to serve requests to admit | June 4, 2020 | September 2, 2020 |
|---|---|---|
| Deadline to file motions for summary judgment | July 20, 2020 | October 19, 2020 |

By way of background, Plaintiff *pro se* alleges that on October 12, 2017, Defendant Correction Officer Washington failed to use pepper spray against another inmate while that inmate assaulted Plaintiff. ECF No. 2. According to DOC injury to inmate and incident reports, the aggressor was Keon Cole, who is currently incarcerated in Rikers Island awaiting trial for his assault on Plaintiff. On March 6, 2020, the Court held an initial pretrial conference during which Your Honor endorsed the case management plan submitted by the parties.

Since that time, as the Court is aware, there has been a drastic change in circumstance. On March 20, 2020, Governor Andrew Cuomo issued an executive order in response to the COVID-19 pandemic directing non-essential businesses to close in-office personnel functions. In view of the executive order, other pronouncements from government and judicial officials, associated policies, and expert recommendations, the New York City Law Department has instructed individuals to work from home to ensure compliance with public policy directives and to protect individuals from further community spread of the virus.

Of course, working from home creates a number of challenges that directly impact litigation, especially in terms of corresponding with incarcerated *pro se* plaintiffs. Corresponding with incarcerated *pro se* plaintiffs is particularly difficult in the context of a work from home situation, because the normal course of communication with these individuals is through regular mail. Defendants are not physically present to receive mail sent to the office, and therefore are unable to reliably receive correspondence from incarcerated *pro se* plaintiffs. Moreover, working from home complicates sending correspondence to incarcerated *pro se* plaintiffs, as it requires defendants to venture out to local post offices to send correspondence, and thus undermines efforts to keep individuals at home. Additionally, the undersigned cannot travel to Rikers Island, where both Plaintiff and Mr. Cole are housed, to take their depositions as it is necessary to stay at home as much as is practicable, and because Rikers is closed to visitors. Further, the New York City Department of Corrections currently has no system in place for video depositions to be taken.

Accordingly, the undersigned requests that the Court stay this matter for 90 days from the date of this filing.

Thank you for your consideration herein.

Respectfully submitted,

James R. Murray   s/
James R. Murray
Assistant Corporation Counsel
New York City Law Department
100 Church Street, Room 3-183
New York, New York 10007
(212) 356-2372
jamurray@law.nyc.gov

CC:   **BY FIRST-CLASS MAIL**
Eric Garcia
Plaintiff *pro se*
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370

MEMORANDUM ENDORSED. All deadlines are extended in accordance with the proposal above.  Defense Counsel is ORDERED to provide a Status Letter by July 8, 2020 informing the Court of status of discovery. A copy of this order will be mailed to Plaintiff by the Court's Chambers.

SO ORDERED. 4/7/2020.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge