```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ERIC GARCIA,                                                     :
                                                                 :
                                Plaintiff,                       :
                                                                 :          19-cv-8167 (LJL)
                -v-                                              :
                                                                 :               ORDER
DEPARTMENT OF CORRECTIONS, et al.,                               :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23 2020

LEWIS J. LIMAN, United States District Judge:

ORDERED that Plaintiff shall respond to Defendants' motion to dismiss for lack of prosecution, at Dkt. Nos. 39-40, by February 15, 2021. Plaintiff's response shall indicate whether he intends to prosecute the case and, if so, why he should be permitted to do so given the facts and law set forth in Defendants' motion.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: December 23, 2020
       New York, New York
                                                     _____
                                                            LEWIS J. LIMAN
                                                         United States District Judge