**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ERIC GARCIA,

                Plaintiff,

   -against-                                     19 **CIVIL** 8167 (LJL)

                                                      **JUDGMENT**

DEP'T OF CORRECTIONS, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 25, 2021, Defendants' motion to dismiss is granted and the action is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          March 26, 2021

                                                  **RUBY J. KRAJICK**
                                                     **Clerk of Court**
                               **BY:**
                                                     **Deputy Clerk**